UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
AUG - 7 2019
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| THADDIUS A. JOHNSON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION,<br>*Successor by Merger to*<br>BUFFALO PUMPS, INC., *et al.*,<br><br>Defendants. | Civil No. 4:18cv132 |
| PATRICK A. LAUGHLIN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION,<br>*Successor by Merger to*<br>BUFFALO PUMPS, INC., *et al.*,<br><br>Defendants. | Civil No. 4:18cv134 |

## ORDER

This matter comes before the Court on Plaintiffs' Motion to Substitute a Proper Party Pursuant to Federal Rule of Civil Procedure 25(a). ECF No. 145. Plaintiffs' Motion to Substitute is **GRANTED**.

This is a consolidated general maritime case brought against numerous Defendants wherein Plaintiffs allege damage caused by Defendants' failure to warn of the hazards of their asbestos-containing products.

1

On May 8, 2019, Plaintiff Thaddius A. Johnson passed away. ECF No. 147-1. On June 20, 2019, Plaintiff Andrea E. Johnson was appointed the Personal Representative of his Estate by the Circuit Court for Pinellas County, Florida. ECF No. 147-2. On July 17, 2019, Jennifer W. Stevens was appointed the Ancillary Administrator of Thaddius Johnson's Estate by the Newport News Circuit Court. ECF No. 147-3. Plaintiffs have moved to substitute Andrea Johnson and Jennifer Stevens in place of the decedent. Defendants have not filed opposition briefs and the time for doing so has passed.

Federal Rule of Civil Procedure 25(a)(1) provides that "[i]f a party dies and the claim is not extinguished, the court may order substitution of the proper party." Mr. Johnson's claims survive his death under general maritime law. *See Greene v. Vantage Steamship Corp.*, 466 F.2d 159, 166 & n.9 (4th Cir. 1972); *Boykin v. Bergesen D.Y. A/S*, 822 F. Supp. 324, 327 (E.D. Va. 1993). Accordingly, it is appropriate to order substitution of the proper party.

It is hereby **ORDERED** that "Andrea E. Johnson, Individually and as Personal Representative of the Estate of Thaddius A. Johnson, Deceased" and "Jennifer W. Stevens, as Ancillary Administrator of the Estate of Thaddius A. Johnson, Deceased" be substituted in place of "Thaddius A. Johnson." This case remains consolidated with case number 4:18cv134 under case number 4:18cv132.

The Clerk shall forward a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

/s/ Arenda L. Wright Allen
United States District Judge

Aug 6th, 2019
Norfolk, Virginia