UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

THADDIUS A. JOHNSON and
ANDREA E. JOHNSON,

    Plaintiffs,

v.                                        Case No. 4:18-cv-132-AWA-RJK

AIR & LIQUID SYSTEMS
CORPORATION,
Successor by Merger to
BUFFALO PUMPS, INC., et al.,

    Defendants.
_____

PATRICK A. LAUGHLIN
and DEBORAH J. LAUGHLIN,

    Plaintiffs,                       Case No. 4:18-cv-134-AWA-RJK

v.

AIR & LIQUID SYSTEMS
CORPORATION, Successor by Merger to
BUFFALO PUMPS, INC., *et al.*,

    Defendants.

---

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

    Plaintiff, by counsel, and pursuant to Rule 41(a)(ii) of *The Federal Rules of Civil Procedure*, seek to dismiss, voluntarily and with prejudice, the following named Defendants: **INGERSOLL-RAND COMPANY (*from Laughlin only*), J. HENRY HOLLAND CORPORATION (*from Laughlin and Johnson*), and Noland Company (*from Laughlin only*)**

    It is the Plaintiff's intention that this Stipulation of Voluntary Dismissal applies only to the Defendants, **INGERSOLL-RAND COMPANY, (*in Laughlin only*), J. HENRY HOLLAND**

1

**CORPORATION (*in Laughlin and Johnson*), and Noland Company (*in Laughlin only*)**, named in this Stipulation, and the above-captioned action shall continue as to all remaining Defendants.

There are no pending counterclaims or cross-claims.

Plaintiff and Defendants, **INGERSOLL-RAND COMPANY (*in Laughlin only*), J. HENRY HOLLAND CORPORATION (*in Laughlin and Johnson*), and Noland Company (*in Laughlin only*)** stipulate to this voluntary dismissal and agree that each party shall bear its own costs and attorney fees in this matter.

Respectfully submitted this 23 day of August 2019.

*WE ASK FOR THIS:*

By:   */s/ Hugh B. McCormick, III*
Hugh B. McCormick, III, Esq. (VSB # 37513)
Robert R. Hatten, Esq. (VSB # 12854)
Erin E. Jewell, Esq. (VSB # 71082)
William W.C. Harty, Esq. (VSB # 45447)
Gary M. DiMuzio, Esq. (*admitted pro hac vice*)
Jeannette M. Dodson-O'Connell (VSB# 92206)
Spencer Reiss, Esq. (VSB# 92475)
PATTEN, WORNOM, HATTEN &
DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
(757) 223-4500 Telephone
(757) 249-3242 Facsimile
hughmccormick@pwhd.com
pleadings@pwhd.com
*Counsel for Plaintiff*

By: */s/ Patricia Bugg-Turner*
Henry N. Ware, Jr. (VSB No. 22832)
Patricia Bugg Turner (VSB No. 72775)
**Spotts Fain PC**
411 East Franklin Street, Suite 600
P.O. Box 1555
Richmond, Virginia 23218
(804) 697-200 (Telephone)
(804) 697-2100 (Facsimile)
*Counsel for Defendant Ingersoll-Rand Company*
*pturner@spottsfain.com*

By: */s/ Robert O'Donnell*
Robert L. O'Donnell, Esq.
**VANDEVENTER, BLACK, LLP**
101 W. Main Street
500 World Trade Center
Norfolk, VA 23510
*Counsel for J. Henry Holland Corporation in Johnson and Laughlin*
*rodonnell@vanblacklaw.com*

By: */s/ David B. Oakley*
David B. Oakley (VSB No. 72226)
**POOLE BROOKE PLUMLEE, PC**
4705 Columbus Street, Suite 100
Virginia Beach, VA 23462
*Counsel for Defendant Noland Co.in Laughlin*
doakley@pbp-attorneys.com



<u>*SEEN and AGREED:*</u>


By: */s/ Lynn K. Brugh, IV*
Lynn K. Brugh, IV
**WILLIAMS MULLEN**
Williams Mullen Center
200 South 10th Street, Suite 1600
Richmond, VA 23219
*Flowserve US Inc., Individually and as successor in interest to Rockwell Edwards Valves in Johnson and Laughlin*
lbrugh@williamsmullen.com

3

By:   */s/ Carl Schwertz*
Carl Schwertz, Esq.
Jeffrey S. Poretz, Esq.
**MILES & STOCKBRIDGE, P.C.**
1751 Pinnacle Drive, Suite 1500
Tysons Corner, VA 22102
*Counsel for Parker-Hannifin Corporation*
*Counsel for Air & Liquid Systems Corporation, Successor by Merger to Buffalo Pumps, Inc. in Johnson and Laughlin*
*Counsel for BW/IP International, Inc. (f/k/a Byron Jackson Pump Division) Individually and as successor-in-interest to Byron Jackson Pumps in Johnson*
*Counsel for Gardner Denver, Inc. in Johnson and Laughlin*
*Counsel for SB Decking Co., Inc., a/k/a/ Selby Battersby in Johnson*
*Counsel for Spirax Sarco, Inc, in Laughlin*
cschwertz@milesstockbridge.com


By:   */s/ Timothy S. Brunick*
Timothy S. Brunick, Esq.
Marilyn Harvey, Esq.
**CLARKE, DOLPH, HULL & BRUNICK, PLC**
5712 Cleveland St., Ste. 130
Virginia Beach, VA 23462
*Counsel for IMO Industries, Inc. As successor in interest to DeLaval Pumps in Johnson and Laughlin*
*Counsel for Warren Pumps, LLC in Johnson and Laughlin*
tbrunick@clarkedolph.com

By:   <u>/s/ Brian J. Schneider</u>
Brian J. Schneider, Esq.
Eric G. Reeves, Esq.
Martin A. Conn, Esq.
Lisa Moran McMurdo, Esq.
Mary Lou Roberts, Esq.
**MORAN, REEVES, & CONN, P.C**.
100 Shockoe Slip, 4th Floor Richmond, VA 23219
*Counsel for John Crane, Inc. in Johnson and Laughlin*
*Counsel for Nash Engineering Company in Johnson and Laughlin*
*Counsel for Armstrong International, Inc., Individually and as successor to Armstrong Machine Works in Laughlin*
bschneider@moranreevesconn.com

By:   <u>/s/ James G. Kennedy</u>
James G. Kennedy, Esq.
Carl E. Pierce, II, Esq.
William P. Early, Esq.
**PIERCE, HERNS, SLOAN & WILSON, LLC**
The Blake House
321 East Bay Street
Charleston, SC 29401
*Counsel for Union Carbide Corporation a subsidiary of The Dow Chemical Company in Johnson and Laughlin*
jameskennedy@piercesloan.com

By: */s/ Michele F. Dallman*
Michele F. Dallman, Esq.
David Bowen, Esq.
Brianna L. Barnes, Esq.
**WILLCOX & SAVAGE, P.C.**
Wells Fargo Center
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
*Counsel for Aurora Pump Company in Johnson and Laughlin*
mdallman@wilsav.com


By: */s/ Christopher Wiemken*
Christopher J. Wiemken, Esq.
**TAYLOR WALKER, P.C.**
555 E. Main Street, Suite 1300
P.O. Box 3490
Norfolk, VA 23510
*Counsel for Crane Co. in Johnson and Laughlin*
cwiemken@taylorwalkerlaw.com


By: */s/ Steven A. Luxton*
Steven A. Luxton, Esq.
Jonathan E. Maier, Esq.
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave. NW
Washington, DC 20004-2541
*Counsel for Goulds Pumps LLC in Johnson*
*Counsel for Grinnell LLC in Johnson*
*Counsel for ITT LLC f/k/a Hammel-Dahl Company, f/k/a General Controls Co., in Laughlin*
sluxton@morganlewis.com


By: */s/ Scott H. Phillips*
Scott H. Phillips, Esq.
Joseph R. Coules, Esq.
**SEMMES, BOWEN & SEMMES**
1577 Spring Hill Road, Suite 200
Vienna, VA 22182
*Counsel for J. R. Clarkson Company LLC Individually and as Successor by mergers to Kunkle Industries, Inc. in Johnson*
sphillips@semmes.com

6

By*:   /s/ Stephen R. Jackson*
Stephen R. Jackson (VSB No. 27471)
**The Law Offices of Stephen R. Jackson, PLLC**
100 Bank Street
P.O. Box 3137
Suffolk, VA 23439-3137
*Counsel for Defendant Milwaukee Valve Co., Inc.*
sjackson@srjacksonlaw.com


By*:   /s/ David B. Oakley*
David B. Oakley (VSB No. 72226)
**POOLE BROOKE PLUMLEE, PC**
4705 Columbus Street, Suite 100
Virginia Beach, VA 23462
*Counsel for Defendant William Powell, Inc., in Johnson*
*Counsel for Noland Co., in Laughlin*
doakley@pbp-attorneys.com


By*:   /s/ Shawn A. Voyles*
Shawn A. Voyles (VSB No. 43277)
Scott C. Hartin (VSB No. 80450)
Paul R. Schmeding VSB No. 89542)
**MCKENRY DANCIGERS DAWSON, PC**
192 Ballard Court, Suite 400
Virginia Beach, VA 23462
*Counsel for Defendant Waco, Inc.*
savoyles@va-law.org


By*:   /s/ Malcolm S. Brisker*
Malcolm S. Brisker, Esq.
**GOODELL, DeVRIES, LEECH & DANN, LLP**
One South Street, 20th Floor
Baltimore, MD 21202
*Counsel for Viking Pump, Inc. in Johnson*
msb@gdldlaw.com