**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**

**ANDREA E. JOHNSON, Individually and**
**As Personal Representative of the Estate of**
**Thaddius A. Johnson, deceased, and**
**JENNIFER W. STEVENS, as Ancillary**
**Administrator of the Estate of Thaddius A.**
**Johnson, deceased,**

       **Plaintiffs,**

**v.**

**AIR & LIQUID SYSTEMS**
**CORPORATION,**
**Successor by Merger to**          **Case No. 4:18-cv-132-AWA-RJK**
**BUFFALO PUMPS, INC., et al.,**

       **Defendants.**
_____
**PATRICK A. LAUGHLIN**
**and DEBORAH J. LAUGHLIN,**

        **Plaintiffs,**

**v.**

**AIR & LIQUID SYSTEMS**
**CORPORATION, Successor by Merger to**
**BUFFALO PUMPS, INC., *et al.*,**

       **Defendants.**

**JOINT STIPULATION OF VOLUNTARY DISMISSAL OF SB DECKING, CO., INC.**

    Plaintiffs, by counsel, and pursuant to Rule 41(a)(ii) of *The Federal Rules of Civil Procedure*, seek to dismiss, voluntarily and with prejudice, the following named Defendant: **SB DECKING CO., INC., a/k/a SELBY BATTERSBY (*Johnson Defendant only*).**

It is the Plaintiffs' intention that this Stipulation of Voluntary Dismissal applies only to the Defendant, **SB DECKING CO., INC., a/k/a SELBY BATTERSBY (*in Johnson only*)**, named in this Stipulation, and the above-captioned action continues as to all remaining Defendants.

There are no pending counterclaims or cross-claims.

Plaintiffs and Defendant, **SB DECKING CO., INC., a/k/a SELBY BATTERSBY (*Johnson Defendant only*)**, stipulate to this voluntary dismissal and agree that each party shall bear its own costs and attorney fees in this matter.

Respectfully submitted this 4th day of November, 2019.

***WE ASK FOR THIS:***

By:     /s/ Erin E. Jewell
Erin E. Jewell, Esq. (VSB # 71082)
William W.C. Harty, Esq. (VSB # 45447)
Robert R. Hatten, Esq. (VSB # 12854)
Hugh B. McCormick, III, Esq. (VSB # 37513)
PATTEN, WORNOM, HATTEN &
DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
(757) 223-4500 Telephone
(757) 249-3242 Facsimile
ejewell@pwhd.com
pleadings@pwhd.com
*Counsel for Plaintiffs*

By:     /s/ Jeffrey S. Poretz, Esq.
Jeffrey S. Poretz, Esq.
Carl Schwertz, Esq.
MILES & STOCKBRIDGE PC
1751 Pinnacle Drive, Suite 1500
Tysons Corner, VA 22102-3833
jporetz@milesstockbridge.com
cschwertz@milesstockbridge.com
***Counsel for SB Decking Co., Inc., a/k/a Selby Battersby***

*Counsel for Gardner Denver, Inc.*
*Counsel for Spirax Sarco, Inc.*
*Counsel for BW/IP International, Inc. (f/k/a Byron Jackson Pump Division) Individually and as successor-in-interest to Byron Jackson Pumps*
*Counsel for Air & Liquid Systems Corp., successor by merger to Buffalo Pumps, Inc.*

**<u>SEEN and AGREED:</u>**

By*:   /s/ Brian J. Schneider, Esq.*
Brian J. Schneider, Esq.
Eric G. Reeves, Esq.
Mary Louise Roberts, Esq.
Lisa Moran McMurdo, Esq.
mrc@moranreevesconn.com
ereeves@moranreeves.com
bschneider@moranreeves.com
*Counsel for John Crane, Inc.*
*Counsel for Nash Engineering Company*
*Counsel for Armstrong International, Inc. Individually and as successor to Armstrong Machine Works*

By:   */s/ Christian Kozlowski, Esq.*
Steven A. Luxton, Esq.
Jonathan E. Maier, Esq.
Christian Kozlowski, Esq.
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 200004-2541
Christian.kozlowski@morganlewis.com
*Counsel for Goulds Pumps, LLC*
*Counsel for Grinnell LLC*
*Counsel for ITT LLC f/k/a Hammel-Dahl Company, f/k/a General Controls Co.*

By:   */s/ Joseph R. Coules, Esq.*
Joseph R. Coules, Esq.
SEMMES BOWEN & SEMMES
1577 Spring Hill Road, Suite 200
Vienna, VA 22182
jcoules@semmes.com
*Counsel for J.R. Clarkson Company, LLC Individually and as Successor by Mergers to Kunkle Industries, Inc.*

By:   */s/ Stephen R. Jackson, Esq.*
Stephen R. Jackson, Esq.
LAW OFFICES OF STEPHEN R. JACKSON, PLLC
100 Bank Street
Suffolk, VA 23434
sjackson@srjacksonlaw.com
*Counsel for Milwaukee Valve Company*

By:   */s/ David B. Oakley, Esq.*
David B. Oakley, Esq.
Albert H. Poole, Esq.
POOLE BROOKE PLUMLEE PC
4705 Columbus Street, Suite 100
Virginia Beach, VA 23462
doakley@pbp-attorneys.com
apoole@pbp-attorneys.com
*Counsel for The William Powell Company*

By*:   /s/ William W. Nexsen, Esq.*
William W. Nexsen, Esq.
James D. Turrietta, Esq.
STACKHOUSE NEXSEN & TURRIETTA PLLC
4505 Colley Avenue
Norfolk, VA 23508

James G. Kennedy, Esq. (*pro hac vice)*
Mark T. Rainsford, Esq. (*pro hac vice)*
PIERCE, SLOAN, WILSON, KENNEDY & EARLY LLC
321 East Bay Street
Charleston, SC 29401
*Counsel for Union Carbide Corporation a subsidiary of The Dow Chemical Company*

By*:   /s/ Lynn K. Brugh, IV*
Lynn K. Brugh, IV
WILLIAMS MULLEN
Williams Mullen Center
200 South 10th Street, Suite 1600
Richmond, VA 23219
*Counsel for Flowserve US Inc., Individually and as successor in interest to Rockwell Edwards Valves*

By*:   /s/ Timothy S. Brunick, Esq.*
Timothy S. Brunick, Esq.
Marilyn Harvey, Esq.
CLARKE DOLPH HULL & BRUNICK, PLC
5712 Cleveland Street, Suite 130
Virginia Beach, VA 23462
tbrunick@clarkedolph.com
*Counsel for IMO Industries, Inc. as successor in interest to DeLaval Pumps*
*Counsel for Warren Pumps, LLC*


By*:   /s/ Brianna L. Barnes, Esq.*
David Bowen, Esq.
Brianna L. Barnes, Esq.
WILLCOX & SAVAGE, P.C.
Wells Fargo Center
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
mdallman@wilsav.com
*Counsel for Aurora Pump Company*

By*:   /s/ Christopher Wiemken, Esq.*
Christopher J. Wiemken, Esq.
TAYLOR WALKER, P.C.
555 E. Main Street, Suite 1300
P.O. Box 3490
Norfolk, VA 23510
cwiemken@taylorwalkerlaw.com
*Counsel for Crane Co.*

By*:   /s/ Shawn A. Voyles, Esq.*
Shawn A. Voyles, Esq.
Scott C. Hartin, Esq.
Paul R. Schmeding, Esq.
MCKENRY DANCIGERS DAWSON, PC
192 Ballard Court, Suite 400
Virginia Beach, VA 23462
savoyles@va-law.org
*Counsel for Waco, Inc.*

By*:   /s/ Malcolm S. Brisker, Esq.*
GOODELL, DeVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
msb@gdldlaw.com
*Counsel for Viking Pump, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

| | |
|---|---|
| Jeffrey S. Poretz, Esq.<br>Carl Schwertz, Esq.<br>Craig Alan Hoovler, Esq<br>**MILES & STOCKBRIDGE PC**<br>1751 Pinnacle Drive, Suite 1500<br>Tysons Corner, VA 22102-3833 | Counsel for Gardner Denver, Inc. *in Johnson and Laughlin*<br><br>Counsel for SB Decking Co., Inc., a/k/a/ Selby Battersby *in Johnson*<br><br>Counsel for Spirax Sarco, Inc, *in Laughlin* |
| Eric G. Reeves, Esq.<br>Brian J. Schneider, Esq.<br>Mary Louise Roberts<br>Lisa Moran McMurdo<br>**MORAN REEVES & CONN PC**<br>1211 East Cary Street<br>Richmond, VA 23219<br><br>Bradley A. Hays, Esq. (*pro hac vice*)<br>**MANNING GROSS & MASSENBURG LLP**<br>1700 S. 28th Ave, Ste. D<br>Hattiesburg, MS 39402<br><br>Christopher O. Massenburg, Esq. (*pro hac vice*)<br>Jeanette S. Riggins, Esq. (*pro hac vice*)<br>**MANNING GROSS & MASSENBURG LLP**<br>One Canal Place<br>365 Canal Street, Ste. 3000<br>New Orleans, LA 70130 | Counsel for John Crane, Inc. *in Johnson and Laughlin*<br><br>Counsel for Nash Engineering Company *in Johnson and Laughlin*<br><br><br>*Pro Hac Vice* Counsel for John Crane, Inc. *in Johnson and Laughlin* |

| | |
|---|---|
| Joseph R. Coules, Esq.<br>**SEMMES BOWEN & SEMMES**<br>1577 Spring Hill Road, Suite 200<br>Vienna, VA 22182<br><br>Patrick L. Wells, Esq. (*pro hac vice*)<br>Laurie J. McLeRoy, Esq. (*pro hac vice*)<br>**VON BRIESEN & ROPER, S.C.**<br>411 E. Wisconsin Ave., Ste. 1100<br>Milwaukee, WI 53202 | Counsel for J. R. Clarkson Company LLC Individually and as Successor by mergers to Kunkle Industries, Inc. *in Johnson* |
| Stephen R. Jackson, Esq.<br>**LAW OFFICES OF STEPHEN R. JACKSON, PLLC**<br>100 Bank Street<br>Suffolk, VA 23434<br><br>David C. Marshall, Esq. (*pro hac vice*)<br>Peter R. York, Esq. (*pro hac vice*)<br>Eric T. Hawkins, Esq. (*pro hac vice*)<br>**HAWKINS PARNELL & YOUNG, LLP**<br>303 Peachtree St., N.E. Ste. 4000<br>Atlanta, GA 30308<br><br>Peter D. Polchinski, Esq (*pro hac vice*)<br>**HAWKINS PARNELL & YOUNG, LLP**<br>600 Lexington Ave., 8th Floor<br>New York, NY 10022 | Counsel for Milwaukee Valve Company *in Laughlin* |
| David B. Oakley, Esq.<br>Albert H. Poole, Esq.<br>**POOLE BROOKE PLUMLEE PC**<br>4705 Columbus Street, Suite 100<br>Virginia Beach, VA  23462 | Counsel for The William Powell Company *in Johnson* |

| | |
|---|---|
| William W. Nexsen, Esq.<br>James D. Turrietta, Esq.<br>**STACKHOUSE NEXSEN & TURRIETTA PLLC**<br>4505 Colley Ave<br>Norfolk, VA 23508<br><br>Benjamin C. Smoot, II, Esq.<br>James G. Kennedy, Esq. (*pro hac vice*)<br>Mark T. Rainsford, Esq. (*pro hac vice*)<br>**PIERCE, SLOAN, WILSON, KENNEDY & EARLY LLC**<br>321 East Bay Street<br>Charleston, SC 29401 | Counsel for Union Carbide Corporation a subsidiary of The Dow Chemical Company *in Johnson and Laughlin* |

By*:         /s/ Erin E. Jewell, Esq.*
Erin E. Jewell, Esq. (VSB # 71082)
William W.C. Harty, Esq. (VSB # 45447)
Robert R. Hatten, Esq. (VSB # 12854)
Hugh B. McCormick, III, Esq. (VSB # 37513)
PATTEN, WORNOM, HATTEN &
DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
(757) 223-4500 Telephone
(757) 249-3242 Facsimile
ejewell@pwhd.com
pleadings@pwhd.com
*Counsel for Plaintiffs*