IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

ANDREA E. JOHNSON, Individually and
As Personal Representative of the Estate of
Thaddius A. Johnson, deceased, and
JENNIFER W. STEVENS, as Ancillary
Administrator of the Estate of Thaddius A.
Johnson, deceased,

    Plaintiffs,

v.

AIR & LIQUID SYSTEMS
CORPORATION,
Successor by Merger to                       Case No. 4:18-cv-132-AWA-RJK
BUFFALO PUMPS, INC., et al.,

    Defendants.
_____
PATRICK A. LAUGHLIN
and DEBORAH J. LAUGHLIN,

    Plaintiffs,

v.

AIR & LIQUID SYSTEMS
CORPORATION, Successor by Merger to
BUFFALO PUMPS, INC., *et al.*,

    Defendants.

## JOINT STIPULATION OF VOLUNTARY DISMISSAL OF J.R. CLARKSON COMPANY LLC INDIVIDUALLY AND AS SUCCESSOR BY MERGERS TO KUNKLE INDUSTRIES, INC.

Plaintiffs, by counsel, and pursuant to Rule 41(a)(ii) of *The Federal Rules of Civil Procedure*, seek to dismiss, voluntarily and with prejudice, the following named Defendant: **J.R. CLARKSON COMPANY LLC INDIVIDUALLY AND AS SUCCESSOR BY MERGERS TO KUNKLE INDUSTRIES, INC. (*Johnson Defendant only)*.**

1

It is the Plaintiffs' intention that this Stipulation of Voluntary Dismissal applies only to the Defendant, **J.R. CLARKSON COMPANY LLC INDIVIDUALLY AND AS SUCCESSOR BY MERGERS TO KUNKLE INDUSTRIES, INC.** (*in Johnson only)*, named in this Stipulation, and the above-captioned action continues as to all remaining Defendants.

There are no pending counterclaims or cross-claims.

Plaintiffs and Defendant, **J.R. CLARKSON COMPANY LLC INDIVIDUALLY AND AS SUCCESSOR BY MERGERS TO KUNKLE INDUSTRIES, INC.** *(Johnson Defendant only)*, stipulate to this voluntary dismissal and agree that each party shall bear its own costs and attorney's fees in this matter.

Respectfully submitted this 11th day of November, 2019.

*WE ASK FOR THIS:*

By:     */s/ Erin E. Jewell*
Erin E. Jewell, Esq. (VSB # 71082)
William W.C. Harty, Esq. (VSB # 45447)
Robert R. Hatten, Esq. (VSB # 12854)
Hugh B. McCormick, III, Esq. (VSB # 37513)
PATTEN, WORNOM, HATTEN &
DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
(757) 223-4500 Telephone
(757) 249-3242 Facsimile
ejewell@pwhd.com
*Counsel for Plaintiffs*

By:    */s/ Joseph R. Coules, Esq.*
Joseph R. Coules, Esq.
SEMMES BOWEN & SEMMES
1577 Spring Hill Road, Suite 200
Vienna, VA 22182
jcoules@sennes.com
*Counsel for J.R. Clarkson Company LLC Individually and as Successor by mergers to Kunkle Industries, Inc.*

*SEEN and AGREED:*

By:     */s/ Jeffrey S. Poretz, Esq.*
Jeffrey S. Poretz, Esq.
Carl Schwertz, Esq.
MILES & STOCKBRIDGE PC
1751 Pinnacle Drive, Suite 1500
Tysons Corner, VA 22102-3833
jporetz@milesstockbridge.com
cschwertz@milesstockbridge.com
*Counsel for Gardner Denver*
*Counsel for Spirax Sarco, Inc.*
*Counsel for BW/IP International, Inc. (f/k/a Byron Jackson Pump Division) Individually and as successor-in-interest to Byron Jackson Pumps*
*Counsel for Air & Liquid Systems Corp., successor by merger to Buffalo Pumps, Inc.*


By*:     /s/ Brian J. Schneider, Esq.*
Brian J. Schneider, Esq.
Eric G. Reeves, Esq.
Mary Louise Roberts, Esq.
Lisa Moran McMurdo, Esq.
mrc@moranreevesconn.com
ereeves@moranreeves.com
bschneider@moranreeves.com
*Counsel for John Crane, Inc.*
*Counsel for Nash Engineering Company*
*Counsel for Armstrong International, Inc. Individually and as successor to Armstrong Machine Works*


By:     */s/ Christian Kozlowski, Esq.*
Steven A. Luxton, Esq.
Jonathan E. Maier, Esq.
Christian Kozlowski, Esq.
MORGAN LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue NW
Washington, DC 200004-2541
Christian.kozlowski@morganlewis.com
*Counsel for Goulds Pumps, LLC*
*Counsel for Grinnell LLC*
*Counsel for ITT LLC f/k/a Hammel-Dahl Company, f/k/a General Controls Co.*

By:     */s/ Stephen R. Jackson, Esq.*
Stephen R. Jackson, Esq.
LAW OFFICES OF STEPHEN R. JACKSON, PLLC
100 Bank Street

Suffolk, VA 23434
sjackson@srjacksonlaw.com
*Counsel for Milwaukee Valve Company (Laughlin Defendant only)*

By:   /s/ *David B. Oakley, Esq.*
David B. Oakley, Esq.
Albert H. Poole, Esq.
POOLE BROOKE PLUMLEE PC
4705 Columbus Street, Suite 100
Virginia Beach, VA 23462
doakley@pbp-attorneys.com
apoole@pbp-attorneys.com
*Counsel for The William Powell Company  (Johnson Defendant only)*

By*:   /s/ William W. Nexsen, Esq.*
William W. Nexsen, Esq.
James D. Turrietta, Esq.
STACKHOUSE NEXSEN & TURRIETTA PLLC
4505 Colley Avenue
Norfolk, VA 23508

James G. Kennedy, Esq. (*pro hac vice)*
Mark T. Rainsford, Esq. (*pro hac vice)*
PIERCE, SLOAN, WILSON, KENNEDY & EARLY LLC
321 East Bay Street
Charleston, SC 29401
*Counsel for Union Carbide Corporation a subsidiary of The Dow Chemical Company*

By*:   /s/ Lynn K. Brugh, IV*
Lynn K. Brugh, IV
WILLIAMS MULLEN
Williams Mullen Center
200 South 10th Street, Suite 1600
Richmond, VA 23219
*Counsel for Flowserve US Inc., Individually and as successor in interest to Rockwell Edwards Valves*

By*:   /s/ Timothy S. Brunick, Esq.*
Timothy S. Brunick, Esq.
Marilyn Harvey, Esq.
CLARKE DOLPH HULL & BRUNICK, PLC
5712 Cleveland Street, Suite 130

Virginia Beach, VA 23462
tbrunick@clarkedolph.com
*Counsel for IMO Industries, Inc. as successor in interest to DeLaval Pumps*
*Counsel for Warren Pumps, LLC*


By*: /s/ Brianna L. Barnes, Esq.*
David Bowen, Esq.
Brianna L. Barnes, Esq.
WILLCOX & SAVAGE, P.C.
Wells Fargo Center
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
mdallman@wilsav.com
*Counsel for Aurora Pump Company*


By*: /s/ Christopher Wiemken, Esq.*
Christopher J. Wiemken, Esq.
1206 Laskin Road, Suite 100
Virginia Beach, VA 23451
cwiemken@taylorwalkerlaw.com
*Counsel for Crane Co.*


By*: /s/ Shawn A. Voyles, Esq.*
Shawn A. Voyles, Esq.
Scott C. Hartin, Esq.
Paul R. Schmeding, Esq.
MCKENRY DANCIGERS DAWSON, PC
192 Ballard Court, Suite 400
Virginia Beach, VA 23462
savoyles@va-law.org
*Counsel for Waco, Inc.*


By*: /s/ Malcolm S. Brisker, Esq.*
Malcom S. Brisker, Esq.
GOODELL, DeVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, MD 21202
msb@gdldlaw.com
*Counsel for Viking Pump, Inc. (Johnson Defendant only)*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

| | |
|---|---|
| Jeffrey S. Poretz, Esq.<br>Carl Schwertz, Esq.<br>**MILES & STOCKBRIDGE PC**<br>1751 Pinnacle Drive, Suite 1500<br>Tysons Corner, VA 22102-3833 | Counsel for Air & Liquid Systems Corp., Successor by merger to Buffalo Pumps, Inc. *in Johnson and Laughlin*<br><br>Counsel for BW/IP International, Inc. (f/k/a Byron Jackson Pump Division) Individually and as successor-in-interest to Byron Jackson Pumps *in Johnson*<br><br>Counsel for Gardner Denver, Inc. *in Johnson*<br><br>Counsel for Spirax Sarco, Inc. *in Laughlin* |
| David Bowen, Esq.<br>Brianna L. Barnes, Esq.<br>WILLCOX & SAVAGE, P.C.<br>Wells Fargo Center<br>440 Monticello Avenue, Suite 2200<br>Norfolk, VA 23510 | Counsel for Aurora Pump Co. *in Johnson and Laughlin* |
| Steven A. Luxton, Esq.<br>Jonathan E. Maier, Esq.<br>Christian Kozlowski, Esq.<br>MORGAN LEWIS & BOCKIUS LLP<br>1111 Pennsylvania Avenue NW<br>Washington, DC 200004-2541 | Counsel for Goulds Pumps, LLC *in Johnson*<br><br>Counsel for Grinnell LLC *in Johnson*<br><br>Counsel for ITT LLC f/k/a Hammel-Dahl Company, f/k/a General Controls Co. *in Johnson* |
| David B. Oakley, Esq.<br>Albert H. Poole, Esq.<br>POOLE BROOKE PLUMLEE PC<br>4705 Columbus Street, Suite 100<br>Virginia Beach, VA 23462 | Counsel for The William Powell Company *in Johnson* |
| Lynn K. Brugh, IV<br>WILLIAMS MULLEN<br>Williams Mullen Center<br>200 South 10th Street, Suite 1600<br>Richmond, VA 23219 | Counsel for Flowserve US Inc., Individually and as successor in interest to Rockwell Edwards Valves *in Johnson and Laughlin* |

| | |
|---|---|
| Timothy S. Brunick, Esq.<br>Marilyn Harvey, Esq.<br>CLARKE DOLPH HULL & BRUNICK, PLC<br>5712 Cleveland Street, Suite 130<br>Virginia Beach, VA 23462 | Counsel for IMO Industries, Inc. as successor in interest to DeLaval Pumps *in Johnson and Laughlin*<br><br>Counsel for Warren Pumps, LLC *in Johnson and Laughlin* |
| William W. Nexsen, Esq.<br>James D. Turrietta, Esq.<br>STACKHOUSE NEXSEN & TURRIETTA PLLC<br>4505 Colley Avenue<br>Norfolk, VA 23508<br><br>James G. Kennedy, Esq. (*pro hac vice*)<br>Mark T. Rainsford, Esq. (*pro hac vice*)<br>PIERCE, SLOAN, WILSON, KENNEDY & EARLY LLC<br>321 East Bay Street<br>Charleston, SC 29401 | Counsel for Union Carbide Corporation a subsidiary of The Dow Chemical Company *in Johnson and Laughlin* |
| Christopher J. Wiemken, Esq.<br>TAYLOR WALKER, P.C.<br>1206 Laskin Road, Suite 100<br>Virginia Beach, VA 23451 | Counsel for Crane Co.*in Johnson and Laughlin* |
| Shawn A. Voyles, Esq.<br>Scott C. Hartin, Esq.<br>Paul R. Schmeding, Esq.<br>MCKENRY DANCIGERS DAWSON, PC<br>192 Ballard Court, Suite 400<br>Virginia Beach, VA 23462 | Counsel for Waco, Inc.*in Johnson and Laughlin* |
| Malcom S. Brisker, Esq.<br>GOODELL, DeVRIES, LEECH & DANN, LLP<br>One South Street, 20th Floor<br>Baltimore, MD 21202 | Counsel for Viking Pump, Inc.*in Johnson* |

| | |
|---|---|
| Eric G. Reeves, Esq.<br>Brian J. Schneider, Esq.<br>Mary Louise Roberts<br>Lisa Moran McMurdo<br>**MORAN REEVES & CONN PC**<br>1211 East Cary Street<br>Richmond, VA 23219<br><br>Bradley A. Hays, Esq. (*pro hac vice*)<br>**MANNING GROSS & MASSENBURG LLP**<br>1700 S. 28th Ave, Ste. D<br>Hattiesburg, MS 39402<br><br>Christopher O. Massenburg, Esq. (*pro hac vice*)<br>Jeanette S. Riggins, Esq. (*pro hac vice*)<br>**MANNING GROSS & MASSENBURG LLP**<br>One Canal Place<br>365 Canal Street, Ste. 3000<br>New Orleans, LA 70130<br><br>Rebecca C. Kibbe, Esq. (*pro hac vice*)<br>**MANNING GROSS & MASSENBURG LLP**<br>600 Brickell Ave., Ste. 1400<br>Miami, FL 33131 | Counsel for Armstrong International, Inc. Individually and as successor to Armstrong Machine Works *in Laughlin*<br><br>Counsel for John Crane, Inc. *in Johnson and Laughlin*<br><br>Counsel for Nash Engineering Company *in Johnson and Laughlin*<br><br>*Pro Hac Vice* Counsel for John Crane, Inc. *in Johnson and Laughlin* |
| Joseph R. Coules, Esq.<br>**SEMMES BOWEN & SEMMES**<br>1577 Spring Hill Road, Suite 200<br>Vienna, VA 22182<br><br>Patrick L. Wells, Esq. (*pro hac vice*)<br>Laurie J. McLeRoy, Esq. (*pro hac vice*)<br>**VON BRIESEN & ROPER, S.C.**<br>411 E. Wisconsin Ave., Ste. 1100<br>Milwaukee, WI 53202 | Counsel for J. R. Clarkson Company LLC Individually and as Successor by mergers to Kunkle Industries, Inc. *in Johnson* |

| | |
|---|---|
| Stephen R. Jackson, Esq.<br>**LAW OFFICES OF STEPHEN R. JACKSON, PLLC**<br>100 Bank Street<br>Suffolk, VA 23434<br><br>David C. Marshall, Esq. (*pro hac vice*)<br>Peter R. York, Esq. (*pro hac vice*)<br>Eric T. Hawkins, Esq. (*pro hac vice*)<br>**HAWKINS PARNELL & YOUNG, LLP**<br>303 Peachtree St., N.E. Ste. 4000<br>Atlanta, GA 30308<br><br>Peter D. Polchinski, Esq (*pro hac vice*)<br>**HAWKINS PARNELL & YOUNG, LLP**<br>600 Lexington Ave., 8th Floor<br>New York, NY 10022 | Counsel for Milwaukee Valve Company *in Laughlin* |

By*: /s/ Erin E. Jewell, Esq.*
Erin E. Jewell, Esq. (VSB # 71082)
William W.C. Harty, Esq. (VSB # 45447)
Robert R. Hatten, Esq. (VSB # 12854)
Hugh B. McCormick, III, Esq. (VSB # 37513)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
(757) 223-4500 Telephone
(757) 249-3242 Facsimile
ejewell@pwhd.com
pleadings@pwhd.com
*Counsel for Plaintiffs*