IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

---

**ANDREA E. JOHNSON, Individually and as Personal Representative of the Estate of THADDIUS A. JOHNSON, Deceased and JENNIFER W. STEVENS, as Ancillary Administrator of the Estate of THADDIUS A. JOHNSON, Deceased,**
  Plaintiffs,

v.                  Case No. 4:18-cv-132-AWA-RJK

**AIR & LIQUID SYSTEMS CORPORATION, Successor by Merger to BUFFALO PUMPS, INC., *et al.*,**
  Defendants.

---

**PATRICK A. LAUGHLIN and DEBORAH J. LAUGHLIN,**
  Plaintiffs,

v.                  Case No. 4:18-cv-132-AWA-RJK

**AIR & LIQUID SYSTEMS CORPORATION, Successor by Merger to BUFFALO PUMPS, INC., *et al.*,**
  Defendants.

---

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COME the Plaintiffs, Andrea E. Johnson, Individually and as Personal Representative of the Estate of Thaddius A. Johnson, Deceased, and Jennifer W. Stevens, as Ancillary Administrator of the Estate of Thaddius A. Johnson, Deceased, and Plaintiffs Patrick A. Laughlin and Deborah J. Laughlin, and the defendant Waco, Inc., by and through their respective counsel, and represent to the Court that all matters in controversy between the Johnson and Laughlin plaintiffs and Waco, Inc., have been resolved and compromised, and they accordingly stipulate that this action be dismissed pursuant to Federal Rule of Civil Procedure

41, as against Waco, Inc., only.  This Joint Stipulation of Dismissal shall apply only to Waco, Inc., a defendant in the Laughlin and Johnson matters.  Each party shall bear its own costs and attorneys' fees in this matter.

Respectfully submitted,

s/ Hugh B. McCormick, III, Esq.

Hugh B. McCormick, III, Esq. (VSB #37513)
Robert R. Hatten, Esq. (VSB #12854)
William W. C. Harty, Esq. (VSB #45447)
Erin E. Jewell, Esq. (VSB #71082)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue – Suite 300
Newport News, Virginia  23602
*Counsel for Plaintiffs*
(757) 223-4500 telephone
(757) 249-3242 facsimile
hughmccormick@pwhd.com
pleadings@pwhd.com

s/ Shawn A. Voyles, Esq.

Shawn A. Voyles, Esq.
Paul Schmeding, Esq.
**McKENRY DANCIGERS DAWSON, PC**
192 Ballard Court, Suite 400
Virginia Beach, VA 23462-6538
*Counsel for Waco, Inc.*
(757) 461-2500 Phone
(757) 461-2341 Fax
svoyles@va-law.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of December, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Jeffrey S. Poretz, Esq.<br>Carl Schwertz, Esq.<br>Craig Alan Hoovler, Esq<br>**MILES & STOCKBRIDGE, P.C.**<br>1751 Pinnacle Drive, Suite 1500<br>Tysons Corner, VA 22102-3833 | Counsel for BW/IP International, Inc. (f/k/a Byron Jackson Pump Division) Individually and as successor-in-interest to Byron Jackson Pumps *in Johnson*<br><br>Counsel for Gardner Denver, Inc. *in Johnson*<br><br>Counsel for Spirax Sarco, Inc., *in Laughlin* |
| Eric G. Reeves, Esq.<br>Brian J. Schneider, Esq.<br>Mary Louise Roberts<br>Lisa Moran McMurdo<br>**MORAN, REEVES & CONN, P.C.**<br>100 Shockoe Slip, 4th Floor<br>Richmond, VA 23219 | Counsel for John Crane, Inc. *in Johnson and Laughlin*<br><br>Counsel for Nash Engineering Company *in Johnson and Laughlin*<br><br>Counsel for Armstrong International, Inc., Individually and as successor to Armstrong Machine Works *in Laughlin* |
| David Bowen, Esq.<br>Brianna L. Barnes, Esq.<br>**WILLCOX & SAVAGE, P.C.**<br>Wells Fargo Center<br>440 Monticello Avenue, Suite 2200<br>Norfolk, VA 23510 | Counsel for Aurora Pump Company *in Johnson and Laughlin* |
| Christopher J. Wiemken, Esq.<br>**TAYLOR WALKER, P.C.**<br>555 E. Main Street, Suite 1300<br>P.O. Box 3490<br>Norfolk, VA 23510 | Counsel for Crane Co. *in Johnson and Laughlin* |
| William D. Bayliss, Esq.<br>Lynn K. Brugh, IV, Esq.<br>Joseph E. Blackburn, III, Esq.<br>Meredith M. Haynes, Esq.<br>**WILLIAMS MULLEN**<br>200 South 10th Street<br>Richmond, VA 23219 | Counsel for Flowserve US, Inc. Individually and as successor in interest to Edwards Valves and Rockwell Edward Valves *in Johnson and Laughlin* |

| | |
|---|---|
| Christian J. Kozlowski, Esq.<br>Steven A. Luxton, Esq.<br>Brady Edwards, Esq.<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Ave. NW<br>Washington, DC 20004-2541 | Counsel for Goulds Pumps LLC *in Johnson*<br><br>Counsel for Grinnell LLC *in Johnson*<br><br>Counsel for ITT LLC f/k/a Hammel-Dahl Company, f/k/a General Controls Co., *in Laughlin* |
| Timothy S. Brunick, Esq.<br>Marilyn Harvey, Esq.<br>Brent D. Hartman, Esq.<br>**CLARKE, DOLPH, HULL & BRUNICK, PLC**<br>5712 Cleveland St., Ste. 130<br>Virginia Beach, VA 23462 | Counsel for IMO Industries, Inc. As successor in interest to DeLaval Pumps *in Johnson and Laughlin*<br><br>Counsel for Warren Pumps, LLC *in Johnson and Laughlin* |
| Joseph R. Coules, Esq.<br>**SEMMES, BOWEN & SEMMES**<br>1577 Spring Hill Road, Suite 200<br>Vienna, VA 22182 | Counsel for The J. R. Clarkson Company LLC Individually and as Successor by mergers to Kunkle Industries, Inc. *in Johnson* |
| Stephen R. Jackson, Esq.<br>**LAW OFFICES OF STEPHEN R. JACKSON, PLLC**<br>100 Bank Street<br>Suffolk, VA 23434 | Counsel for Milwaukee Valve Company *in Laughlin* |
| David B. Oakley, Esq.<br>Albert H. Poole, Esq.<br>**POOLE BROOKE PLUMLEE, PC**<br>4705 Columbus Street, Suite 100<br>Virginia Beach, VA 23462 | Counsel for The William Powell Company *in Johnson* |
| James G. Kennedy, Esq.<br>**PIERCE, SLOAN, WILSON, KENNEDY & EARLY LLC**<br>The Blake House<br>321 East Bay Street<br>Charleston, SC 29401 | Counsel for Union Carbide Corporation a subsidiary of The Dow Chemical Company *in Johnson and Laughlin* |
| Malcolm S. Brisker, Esq.<br>**GOODELL, DeVRIES, LEECH & DANN, LLP**<br>One South Street, 20th Floor<br>Baltimore, MD 21202 | Counsel for Viking Pump, Inc. *in Johnson* |

| | |
|---|---|
| Shawn A. Voyles, Esq.<br>Paul Schmeding, Esq.<br>**McKENRY DANCIGERS DAWSON, PC**<br>192 Ballard Court, Suite 400<br>Virginia Beach, VA 23462-6538 | Counsel for Waco, Inc. *in Johnson and Laughlin* |

By:  /s/ Hugh B. McCormick, III
Hugh B. McCormick, III, Esq. (VSB # 37513)
William W.C. Harty, Esq. (VSB # 45447)
Erin E. Jewell, Esq. (VSB # 71082)
Robert R. Hatten, Esq. (VSB # 12854)
PATTEN, WORNOM, HATTEN &
DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
757.223.4500  Telephone
757.249.3242  Facsimile
hughmccormick@pwhd.com
pleadings@pwhd.com
*Counsel for Plaintiffs*