IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

ANDREA E. JOHNSON, Individually and as
Personal Representative of the Estate of
THADDIUS A. JOHNSON, Deceased and
JENNIFER W. STEVENS, as Ancillary
Administrator of the Estate of THADDIUS A.
JOHNSON, Deceased,
    Plaintiffs,

v.                                                      Case No. 4:18-cv-132-AWA-RJK

AIR & LIQUID SYSTEMS CORPORATION,
Successor by Merger to BUFFALO PUMPS, INC.,
*et al.*,
    Defendants.

PATRICK A. LAUGHLIN
and DEBORAH J. LAUGHLIN,
    Plaintiffs,

v.                                                      Case No. 4:18-cv-132-AWA-RJK

AIR & LIQUID SYSTEMS CORPORATION,
Successor by Merger to BUFFALO PUMPS, INC.,
*et al.*,
    Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE IN

## THE *JOHNSON* MATTER

NOW COME the Plaintiffs, Andrea E. Johnson, Individually and as Personal Representative of the Estate of Thaddius A. Johnson, Deceased, and Jennifer W. Stevens, Ancillary Administrator of the Estate of Thaddius A. Johnson, Deceased, and Plaintiffs Patrick A. Laughlin and Deborah J. Laughlin, and the below listed defendants, by and through their respective counsel, and represent to the Court that all matters in controversy between the Johnson plaintiffs and the below listed defendants have been resolved and compromised, and they accordingly stipulate that this action be dismissed with prejudice pursuant to Federal Rule

of Civil Procedure 41, as against the below listed defendants only. This Joint Stipulation of Dismissal shall apply only to the following defendants in the *Johnson* matter, and the case shall proceed against John Crane, Inc., the sole remaining defendant in the *Johnson* matter:

- Crane Co.;
- Flowserve US, Inc., Individually and as successor in interest to Edward Valves and Rockwell Manufacturing Company;
- Gardner Denver, Inc.;
- IMO Industries, Inc., as successor in interest to DeLaval Pumps;
- Nash Engineering Company;
- The William Powell Company;
- Union Carbide Corporation, and
- Warren Pumps, LLC.

Pursuant to *Kokkonen v. Guardian Life Ins. Co. of Am.,* 511 U.S. 375 (1994), this Court shall explicitly reserve jurisdiction to enforce the terms of the agreement to settle this case. Each party shall bear its own costs and attorneys' fees in this matter.

Respectfully submitted,

s/ Hugh B. McCormick, III, Esq.

Hugh B. McCormick, III, Esq. (VSB #37513)
Robert R. Hatten, Esq. (VSB #12854)
William W. C. Harty, Esq. (VSB #45447)
Erin E. Jewell, Esq. (VSB #71082)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue – Suite 300
Newport News, Virginia  23602
*Counsel for Plaintiffs*
(757) 223-4500 telephone
(757) 249-3242 facsimile
hughmccormick@pwhd.com
pleadings@pwhd.com

<u>s/ Christopher J. Wiemken, Esq.</u>

Christopher J. Wiemken, Esq.
**TAYLOR WALKER, P.C.**
555 E. Main Street, Suite 1300
P.O. Box 3490
Norfolk, VA 23510
*Counsel for Crane Co.*


<u>s/ Lynn K. Brugh, IV, Esq.</u>

Lynn K. Brugh, IV, Esq.
William D. Bayliss, Esq.
Joseph E. Blackburn, III, Esq.
Meredith M. Haynes, Esq.
**WILLIAMS MULLEN**
200 South 10th Street
Richmond, VA 23219
*Counsel for Flowserve US, Inc., Individually*
*And as successor in interest to Edward Valves and Rockwell*
*Manufacturing Company*


<u>s/ Timothy S. Brunick, Esq.</u>

Timothy S. Brunick, Esq.
Marilyn Harvey, Esq.
Brent D. Hartman, Esq.
**CLARKE, DOLPH, HULL & BRUNICK, PLC**
5712 Cleveland St., Ste. 130
Virginia Beach, VA 23462
*Counsel for IMO Industries, Inc., as successor in interest to DeLaval Pumps*
*And*
*Warren Pumps, LLC*


<u>s/ Jeffrey Poretz, Esq.</u>

Jeffrey S. Poretz, Esq.
Carl Schwertz, Esq.
Craig Alan Hoovler, Esq
**MILES & STOCKBRIDGE, P.C.**
1751 Pinnacle Drive, Suite 1500
Tysons Corner, VA 22102-3833
*Counsel for Gardner Denver, Inc.*

<u>s/ David B. Oakley, Esq.</u>

David B. Oakley, Esq.
Albert H. Poole, Esq.
**POOLE BROOKE PLUMLEE, PC**
4705 Columbus Street, Suite 100
Virginia Beach, VA  23462
*Counsel for The William Powell Company*


<u>s/ James G. Kennedy, Esq.</u>

James G. Kennedy, Esq.
**PIERCE, SLOAN, WILSON, KENNEDY & EARLY LLC**
The Blake House
321 East Bay Street
Charleston, SC 29401
*Counsel for Union Carbide Corporation, a subsidiary of*
*The Dow Chemical Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of December, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Jeffrey S. Poretz, Esq.<br>Carl Schwertz, Esq.<br>Craig Alan Hoovler, Esq<br>**MILES & STOCKBRIDGE, P.C.**<br>1751 Pinnacle Drive, Suite 1500<br>Tysons Corner, VA 22102-3833 | Counsel for BW/IP International, Inc. (f/k/a Byron Jackson Pump Division) Individually and as successor-in-interest to Byron Jackson Pumps *in Johnson*<br><br>Counsel for Gardner Denver, Inc. *in Johnson*<br><br>Counsel for Spirax Sarco, Inc., *in Laughlin* |
| Eric G. Reeves, Esq.<br>Brian J. Schneider, Esq.<br>Mary Louise Roberts<br>Lisa Moran McMurdo<br>**MORAN, REEVES & CONN, P.C.**<br>100 Shockoe Slip, 4th Floor<br>Richmond, VA 23219 | Counsel for John Crane, Inc. *in Johnson and Laughlin*<br><br>Counsel for Nash Engineering Company *in Johnson and Laughlin*<br><br>Counsel for Armstrong International, Inc., Individually and as successor to Armstrong Machine Works *in Laughlin* |
| David Bowen, Esq.<br>Brianna L. Barnes, Esq.<br>**WILLCOX & SAVAGE, P.C.**<br>Wells Fargo Center<br>440 Monticello Avenue, Suite 2200<br>Norfolk, VA 23510 | Counsel for Aurora Pump Company *in Johnson and Laughlin* |
| Christopher J. Wiemken, Esq.<br>**TAYLOR WALKER, P.C.**<br>555 E. Main Street, Suite 1300<br>P.O. Box 3490<br>Norfolk, VA 23510 | Counsel for Crane Co. *in Johnson and Laughlin* |
| William D. Bayliss, Esq.<br>Lynn K. Brugh, IV, Esq.<br>Joseph E. Blackburn, III, Esq.<br>Meredith M. Haynes, Esq.<br>**WILLIAMS MULLEN**<br>200 South 10th Street<br>Richmond, VA 23219 | Counsel for Flowserve US, Inc. Individually and as successor in interest to Edwards Valves and Rockwell Manufacturing Company *in Johnson and Laughlin* |

| | |
|---|---|
| Christian J. Kozlowski, Esq.<br>Steven A. Luxton, Esq.<br>Brady Edwards, Esq.<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1111 Pennsylvania Ave. NW<br>Washington, DC 20004-2541 | Counsel for Goulds Pumps LLC *in Johnson*<br><br>Counsel for Grinnell LLC *in Johnson*<br><br>Counsel for ITT LLC f/k/a Hammel-Dahl Company, f/k/a General Controls Co., *in Laughlin* |
| Timothy S. Brunick, Esq.<br>Marilyn Harvey, Esq.<br>Brent D. Hartman, Esq.<br>**CLARKE, DOLPH, HULL & BRUNICK, PLC**<br>5712 Cleveland St., Ste. 130<br>Virginia Beach, VA 23462 | Counsel for IMO Industries, Inc. As successor in interest to DeLaval Pumps *in Johnson and Laughlin*<br><br>Counsel for Warren Pumps, LLC *in Johnson and Laughlin* |
| Joseph R. Coules, Esq.<br>**SEMMES, BOWEN & SEMMES**<br>1577 Spring Hill Road, Suite 200<br>Vienna, VA 22182 | Counsel for The J. R. Clarkson Company LLC Individually and as Successor by mergers to Kunkle Industries, Inc. *in Johnson* |
| Stephen R. Jackson, Esq.<br>**LAW OFFICES OF STEPHEN R. JACKSON, PLLC**<br>100 Bank Street<br>Suffolk, VA 23434 | Counsel for Milwaukee Valve Company *in Laughlin* |
| David B. Oakley, Esq.<br>Albert H. Poole, Esq.<br>**POOLE BROOKE PLUMLEE, PC**<br>4705 Columbus Street, Suite 100<br>Virginia Beach, VA 23462 | Counsel for The William Powell Company *in Johnson* |
| James G. Kennedy, Esq.<br>**PIERCE, SLOAN, WILSON, KENNEDY & EARLY LLC**<br>The Blake House<br>321 East Bay Street<br>Charleston, SC 29401 | Counsel for Union Carbide Corporation a subsidiary of The Dow Chemical Company *in Johnson and Laughlin* |
| Malcolm S. Brisker, Esq.<br>**GOODELL, DeVRIES, LEECH & DANN, LLP**<br>One South Street, 20th Floor<br>Baltimore, MD 21202 | Counsel for Viking Pump, Inc. *in Johnson* |

| | |
|---|---|
| Shawn A. Voyles, Esq.<br>Paul Schmeding, Esq.<br>**McKENRY DANCIGERS DAWSON, PC**<br>192 Ballard Court, Suite 400<br>Virginia Beach, VA 23462-6538 | Counsel for Waco, Inc. *in Johnson and Laughlin* |

By:  /s/ Hugh B. McCormick, III
Hugh B. McCormick, III, Esq. (VSB # 37513)
William W.C. Harty, Esq. (VSB # 45447)
Erin E. Jewell, Esq. (VSB # 71082)
Robert R. Hatten, Esq. (VSB # 12854)
PATTEN, WORNOM, HATTEN &
DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
757.223.4500  Telephone
757.249.3242  Facsimile
hughmccormick@pwhd.com
pleadings@pwhd.com
*Counsel for Plaintiffs*