IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

ANDREA E. JOHNSON, Individually and
As Personal Representative of the Estate of
Thaddius A. Johnson, deceased, and
JENNIFER W. STEVENS, as Ancillary
Administrator of the Estate of Thaddius A.
Johnson, deceased,

    Plaintiffs,

v.

                              Case No. 4:18-cv-132

AIR & LIQUID SYSTEMS
CORPORATION,
Successor by Merger to
BUFFALO PUMPS, INC., et al.,

    Defendants.

PATRICK A. LAUGHLIN
and DEBORAH J. LAUGHLIN,

    Plaintiffs,

v.

AIR & LIQUID SYSTEMS
CORPORATION, Successor by Merger to
BUFFALO PUMPS, INC., *et al.*,

    Defendants.

---

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO THE *JOHNSON* CASE ONLY**

Plaintiffs, Andrea E. Johnson, Individually and as Personal Representative of the Estate of Thaddius A. Johnson, and Jennifer W. Stevens, as Ancillary Administrator of the Estate of Thaddius A. Johnson, by counsel, pursuant to Rule 41(a)(ii) of *The Federal Rules of Civil Procedure*, and Defendant John Crane, Inc. stipulate to the dismissal, voluntarily and with

1

prejudice, of the sole remaining Defendant, **John Crane, Inc.,** from the ***Johnson* matter only in the consolidated action captioned above.**

It is the Parties' intention that this Stipulation of Voluntary Dismissal applies to Defendant, **John Crane, Inc.** in the *Johnson* matter only, and that the case continue against John Crane, Inc. in the *Laughlin* case.

There are no pending counterclaims or cross-claims.

Plaintiffs and Defendant, John Crane, Inc., stipulate to this voluntary dismissal *in the Johnson matter only* and agree that each party shall bear its own costs and attorney's fees in the *Johnson* matter.

Respectfully submitted this 24th day of April, 2020.

*WE ASK FOR THIS:*

By:   */s/ Erin E. Jewell, Esq.*
Erin E. Jewell, Esq. (VSB # 71082)
William W.C. Harty, Esq. (VSB # 45447)
Robert R. Hatten, Esq. (VSB # 12854)
Hugh B. McCormick, III, Esq. (VSB # 37513)
PATTEN, WORNOM, HATTEN &
DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
(757) 223-4500 Telephone
(757) 249-3242 Facsimile
ejewell@pwhd.com
*Counsel for Plaintiffs*

By:   */s/ Brian J. Schneider, Esq.*
Brian J. Schneider, Esq.
Eric G. Reeves, Esq.
Mary Louise Roberts, Esq.
Lisa Moran McMurdo, Esq.
mrc@moranreevesconn.com
ereeves@moranreeves.com
bschneider@moranreeves.com
*Counsel for John Crane, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 24th day of April, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing (NEF) to the following:

| | |
|---|---|
| Brian J. Schneider, Esq.<br>Eric G. Reeves, Esq.<br>Mary Louise Roberts, Esq.<br>Lisa Moran McMurdo, Esq.<br>**MORAN CONN & REEVES**<br>1211 E Cary Street<br>Richmond, VA 23219 | Counsel for John Crane, Inc. *in Johnson and Laughlin* |

By*:     /s/ Erin E. Jewell, Esq.*
Erin E. Jewell, Esq. (VSB # 71082)
William W.C. Harty, Esq. (VSB # 45447)
Robert R. Hatten, Esq. (VSB # 12854)
Hugh B. McCormick, III, Esq. (VSB # 37513)
PATTEN, WORNOM, HATTEN &
DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
(757) 223-4500 Telephone
(757) 249-3242 Facsimile
ejewell@pwhd.com
pleadings@pwhd.com
*Counsel for Plaintiffs*