Case 4:18-cv-00132-RAJ-LRL   Document 530   Filed 11/14/22   Page 1 of 1 PageID# 38049

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

FILED
NOV 1 4 2022
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

PATRICIA E. MULLINEX,
INDIVIDUALLY AND AS THE
EXECUTOR OF THE ESTATE OF
HERBERT H. MULLINEX, JR.,

    Plaintiffs,

v.

JOHN CRANE INC.,

    Defendant.

---

DEBORAH J. LAUGHLIN,
INDIVIDUALLY AND AS THE
EXECUTOR OF THE ESTATE OF
PATRICK A. LAUGHLIN, DECEASED AND
JOYCE D. BLAYLOCK, AS SUBSTITUTE
ANCILLARY ADMINISTRATOR OF THE
ESTATE OF PATRICK A. LAUGHLIN, DECEASED

    Plaintiffs,

v.

JOHN CRANE INC.,

    Defendant.

CIVIL ACTION NOS.
4:18-cv-33
4:18-cv-132

### ORDER

The parties have advised the Court that they have resolved their differences in the above-styled cases. Accordingly, the parties are **ORDERED** to file a stipulation of dismissal in each of the above-styled cases within ten (10) days from the date of this Order. The Court will retain jurisdiction to address any issues arising subsequent to the dismissal of the above styled-cases.

The Clerk is **DIRECTED** to send a copy of this Order to the parties and all counsel of record.

IT IS SO ORDERED.

Newport News, Virginia
November 14, 2022

/s/
Raymond A. Jackson
United States District Judge