IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**DEBORAH J. LAUGHLIN, Individually and as Executor of the Estate of PATRICK A. LAUGHLIN, deceased and JOYCE D. BLAYLOCK, as Substitute Ancillary Administrator of the Estate of PATRICK A. LAUGHLIN, deceased,**

    Plaintiffs,

v.

**JOHN CRANE INC.,**

    Defendant.

Case No. 4:18-cv-132-RAJ - LRL

## RULE 41 STIPULATION OF DISMISSAL

The parties, by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby represent to the Court that they have resolved their differences in the above styled matter, and upon consideration whereof and for good cause shown, it is hereby AGREED that Defendant JOHN CRANE INC., be DISMISSED, WITH PREJUDICE, from this action, with each party to bear its own costs and attorney fees. The parties request that the Court retain jurisdiction to address any issues that may arise subsequent to the dismissal of the above styled case, including any issues related to the resolution of the case.

We ask for this:

 */s/*  Hugh B. McCormick, III, Esq.
Robert R. Hatten, Esq. (VSB # 12854)
Hugh B. McCormick, III, Esq. (VSB # 37513)
Daniel R. O. Long, Esq. (VSB # 95873)
Geoffrey R. Grau, Esq. (VSB #96437)
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.
12350 Jefferson Avenue - Suite 300
Newport News, VA 23602
(757) 223-4500 Telephone
(757) 249-3242 Facsimile
pleadings@pwhd.com
hughmccormick@pwhd.com
Counsel for Plaintiff


 /s/ Eric G. Reeves, Esq.
Eric G. Reeves, Esq.
Laura May Hooe, Esq.
Mary Lou Roberts, Esq.
Lisa Moran McMurdo, Esq.
**MORAN, REEVES & CONN, P.C.**
1211 East Cary Street
Richmond, VA 23219
Counsel for John Crane Inc.